# NO. 12-24-00297-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *CUSTOM COILS, INC., ET AL,* *APPELLANTS* | § | *APPEAL FROM THE 369TH* |
| | § | *DISTRICT COURT* |
| *V.* | | |
| | § | *CHEROKEE COUNTY, TEXAS* |
| *LETA NASH, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DANNY NASH, APPELLEE* | | |

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed for failure to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. *See* TEX. R. APP. P. 42.3(c).

A party who is not excused by statute or the appellate rules from paying costs must pay--at the time an item is presented for filing--whatever fees are required by statute or Texas Supreme Court order. TEX. R. APP. P. 5; *see* TEX. R. APP. P. 20.1. An appellate court may enforce Rule 5 by any order that is just. TEX. R. APP. P. 5. After giving ten days' notice, an appellate court may dismiss an appeal because the appellant failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. TEX. R. APP. P. 42.3(c).

On October 9, 2024, the Clerk of this Court notified Appellants, Custom Coils, Inc., U.S. Holdings Corporation, and James C. Holcomb, that the filing fee in this appeal is due and that the appeal would be subject to dismissal if the fee was not paid on or before October 21. The date for

remitting the filing fee passed, and Appellants have not paid the fee or otherwise shown that they are excused from paying the fee.[1]

Because Appellants failed, after notice, to comply with Rule 5, the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.3(c).[2]

Opinion delivered October 31, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] The case information sheet from the Cherokee County District Clerk's Office reflects that Appellants were not declared indigent in the trial court.

[2] We also note that Appellants have not filed the required docketing statement or corrected defects in the filing of their notice of appeal. *See* TEX. R. APP. P. 32.1 (docketing statement); *see also* TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a) (West Supp. 2019) (notice of appeal must be served on each court reporter responsible for preparing reporter's record).



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**OCTOBER 31, 2024**

**NO. 12-24-00297-CV**

**CUSTOM COILS, INC., ET AL,**
Appellants
V.
**LETA NASH, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE
ESTATE OF DANNY NASH,**
Appellee

Appeal from the 369th District Court
of Cherokee County, Texas (Tr.Ct.No. 2019100487)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that the appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J*